# NO. 12-08-00317-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***MICHAEL R. TIMMONS, APPELLANT*** | § | ***APPEAL FROM THE*** |
| ***V.*** | § | ***COUNTY COURT AT LAW*** |
| ***CARLA L. PHELPS AND IN THE INTEREST OF K.D.T., A MINOR CHILD*** | § | ***SMITH COUNTY, TEXAS*** |

***MEMORANDUM OPINION***
***PER CURIAM***

Appellant Michael Timmons filed a notice of appeal on July 24, 2008 evidencing his intent to appeal a default judgment entered in trial court cause number 02-3178-E in the County Court at Law No. 2 of Smith County.

On July 29, 2008, this court notified Timmons, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not show the jurisdiction of this court because it does not include a final judgment or other appealable order. Timmons was further notified that the appeal would be dismissed unless, on or before August 28, 2008, the information was amended to show the jurisdiction of this court. On August 20, 2008, Timmons furnished this court with a copy of a default "Order Establishing the Parent-Child Relationship" signed on August 13, 2003 by the judge of the 321st Judicial District Court of Smith County.

A notice of appeal must be filed within thirty days after the judgment is signed, subject to certain exceptions not applicable here. *See* TEX. R. APP. P. 26.1. Thus, to invoke this court's jurisdiction, Timmons's notice of appeal from the August 13, 2003 order must have been filed on or before September 12, 2003. Because it was not, we have no jurisdiction to review any alleged error in the August 13, 2003 order. Consequently, although Timmons responded to the July 29,

2008 notice, he has not shown this court's jurisdiction of this appeal. Accordingly, this appeal is *dismissed for want of jurisdiction*. *See* TEX. R. APP. P. 42.3(a), (c).

Opinion delivered September 3, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

2